[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 30, 2011
JOHN LEY
CLERK

No. 11-10689
Non-Argument Calendar
_____

D.C. Docket No. 3:10-cr-00094-LC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSHUA M. BRYANT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(September 30, 2011)

Before BARKETT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Joshua M. Bryant in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Bryant's convictions and sentences are **AFFIRMED.**